EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Francisco M. León Sánchez | 2024 TSPR 122<br><br>214 DPR ___ |
|---|---|

Número del Caso:  TS-10,494


Fecha:  21 de noviembre de 2024


Representante legal del peticionario:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   Francisco M. León Sánchez         TS-10,494

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de noviembre de 2024.

Examinadas la *Petición de reinstalación en el ejercicio de la abogacía* y la *Moción sometiendo documento en relación al curso de repaso de reválida*, se reinstala al Sr. Francisco M. León Sánchez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez proveería no ha lugar a la *Petición de reinstalación en el ejercicio de la abogacía* presentada por el Sr. Francisco M. León Sánchez.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo